HAZEL M. LOSIE, Appellant, v. JOSEPH P. FRISK, Respondent.— Plaintiff was injured by striking her head against the lift by which an automobile had been elevated. The lift was in plain view. The complaint was dismissed and a non-

suit granted. Order and judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.